IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan September Wednesday Bevins, | No. CV-24-08061-PCT-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Richardson, *et al.*, | |
| Defendants. | |

At issue is the Report and Recommendation (Doc. 25, "R&R") from United States Magistrate Judge Alison S. Bachus recommending that the court grant Defendant Richardson's Motion to set aside the Clerk's prior entry of default in this matter (Doc.22). Plaintiff never responded to the motion, and therefore can be deemed to acquiesce in the granting of the motion pursuant to LRCiv 7.2(i). Judge Bachus nonetheless independently analyzed Defendant's Motion on its merits and concluded that it met the standard to find good cause to grant it. She so recommends to this Court.

In the R&R, Judge Bachus warned the parties that they had two weeks from its entry to file any objections thereto, and if none were filed, this Court was free to accept the recommendation without further analysis. (R&R at 12-13.) More than six weeks have now passed since the entry of the R&R, and Plaintiff has filed no objections, timely, or otherwise. The Court is thus free to accept the recommendations. It nonetheless also evaluates the Motion on its merits, and upon so doing, concludes that the good cause standard as set forth in *United States v. Signed Personal Check No. 730 of Yubran S. Mesle*,

1  615 F.3d 1085, 1091 (9th Cir. 2010), has been met. The Court finds defendant Richardson
2  engaged in no culpable conduct that led to the default; that he presents meritorious
3  procedural defense and an arguable merits defense; and that reopening the default would
4  not prejudice Plaintiff. It therefore will adopt the R&R in whole and grant the Motion.

**IT IS ORDERED** adopting the R&R (Doc. 25) entered in this matter by Judge Bachus, including its reasoning.

**IT IS FURTHER ORDERED** granting Defendant Richardson's Motion at Doc. 22. The Court directs the Clerk to set aside its entry of default as to Defendant Richardson, found at Doc. 19.

**IT IS FURTHER ORDERED** allowing Defendant Richardson to file an Answer or other responsive pleading within three weeks of entry of this Order.

Dated this 6th day of February, 2026.

Honorable John J. Tuchi
United States District Judge